The People of the State of New York, Respondent, v Kenneth J. Hall, Appellant. [869 NYS2d 834]

Memorandum: On appeal from a judgment convicting him, upon his plea of guilty, of rape in the first degree (Penal Law § 130.35 [2]), defendant contends that the presentence report should be amended because, according to defendant, it contains inaccurate assertions and unsupported speculation that "are likely to prejudice [defendant] for years to come" (*see generally People v Harrington*, 3 AD3d 737, 739 [2004]). Defendant failed to preserve that contention for our review, and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). The sentence is not unduly harsh or severe. Present—Centra, J.P., Peradotto, Green and Pine, JJ.

The People of the State of New York, Respondent, v Jose A. Roman, Appellant. [869 NYS2d 846]

Present—Centra, J.P., Peradotto, Green and Pine, JJ.